**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**LARRY COLEMAN,**
        **Plaintiff,**

vs.                                               **Case No.: 3:08cv206/RS/MD**

**SGT. LENZO, et al.,**
        **Defendants.**

---

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk. Plaintiff initiated this action on May 20, 2008 by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). Thereafter, he filed a motion to proceed *in forma pauperis*. (Doc. 4). On June 30, 2008 this court determined that plaintiff's motion to proceed *in forma pauperis* was deficient in that plaintiff failed to attach a copy of his trust fund account statement reflecting transactions in his prisoner account for the six-month period preceding the filing of his complaint. Accordingly, the court issued an order deferring ruling on plaintiff's motion to proceed *in forma pauperis* and requiring plaintiff to file, within thirty days, a copy of his trust fund account statement for the period December 1, 2007 through April 30, 2008. (Doc. 9). Plaintiff was warned that failure to do so would result in a recommendation of dismissal of this action. Over thirty days elapsed, and plaintiff did not submit his account statement or otherwise respond to the court's order.

      Accordingly, on August 8, 2008 this court issued an order directing plaintiff to show cause, within twenty days, why this case should not be dismissed for failure to comply with the court's June 30, 2008 order. (Doc. 10). Over twenty days has elapsed and plaintiff has not responded to the order either to comply or to explain why compliance is not possible.

**Accordingly, it is respectfully RECOMMENDED:**

**1.  That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.**

**2.  That the clerk be directed to close the file.**

**At Pensacola, Florida, this 15th day of September, 2008.**

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**